A. GIACOMINI, S.P.A., ET AL., PLAINTIFFS *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 89–10–00583

(Decided September 18, 1991)

### JUDGMENT

MUSGRAVE, *Judge:* Upon consideration of the *Final Results of Redetermination Pursuant to Court Remand*, issued by the United States Department of Commerce and dated August 5, 1991, and *Plaintiff's Notice of Acquiescence in Results of Remand to Commerce Department*, and upon due deliberation, it is hereby

ORDERED, ADJUDGED, AND DECREED: That the *Final Results of Redetermination Pursuant to Court Remand* are hereby affirmed, and that this case is hereby dismissed.